1 | DANIEL J. BRODERICK, #89424
Federal Defender
2 | MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
3 | Designated Counsel for Service
801 I Street, 3rd Floor
4 | Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ENRRIQUE BARRAGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-07-368 GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER<br>) CONTINUING STATUS CONFERENCE |
| ENRRIQUE BARRAGAN, | ) Date: October 5, 2007 |
| Defendant. | ) Time: 9:00 a.m.<br>) Judge: Hon. Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through Kyle Reardon, Assistant United States Attorney, and ENRRIQUE BARRAGAN, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for September 7, 2007, be vacated and rescheduled for status conference on October 5, 2007, at 9:00 a.m.

This continuance is being requested due to on-going defense investigation and for plea negotiations.

IT IS FURTHER STIPULATED that the period from September 7, 2007, through and including October 5, 2007, be excluded in computing the

1  time within which trial must commence under the Speedy Trial Act,
2  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
3  continuity and preparation of counsel.

4                              Respectfully submitted,
5  Dated: September 6, 2007

                            DANIEL J. BRODERICK
                            Federal Defender

                            /s/ Matthew C. Bockmon
                            _____
                            MATTHEW C. BOCKMON
                            Assistant Federal Defender
                            Attorney for Defendant
                            ENRRIQUE BARRAGAN

12 Dated: September 6, 2007

                            MCGREGOR W. SCOTT
                            United States Attorney

                            /s/ Matthew C. Bockmon for
                            _____
                            KYLE REARDON
                            Assistant U.S. Attorney
                            per telephonic authority

19                               **O R D E R**

20 IT IS SO ORDERED.

21 Dated:  September 11, 2007

                            _____
                            GARLAND E. BURRELL, JR.
                            United States District Judge