```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  ENRRIQUE BARRAGAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-07-368 GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER<br>) CONTINUING STATUS CONFERENCE |
| ENRRIQUE BARRAGAN, | ) Date: December 7, 2007 |
| Defendant. | ) Time: 9:00 a.m.<br>) Judge: Hon. Garland E. Burrell, Jr. |
| _____ | ) |

It is hereby stipulated and agreed to between the United States of America through Kyle Reardon, Assistant United States Attorney, and ENRRIQUE BARRAGAN, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for November 2, 2007, be vacated and rescheduled for status conference on December 7, 2007, at 9:00 a.m.

This continuance is being requested due to on-going defense investigation and preparation and for further plea negotiations.

IT IS FURTHER STIPULATED that the period from November 2, 2007, through and including December 7, 2007, be excluded in computing the

1 time within which trial must commence under the Speedy Trial Act,
2 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
3 continuity and preparation of counsel.

4                             Respectfully submitted,

5 Dated: October 31, 2007

6                             DANIEL J. BRODERICK
                              Federal Defender
7
                              /s/ Matthew C. Bockmon
8                             _____
                              MATTHEW C. BOCKMON
9                             Assistant Federal Defender
                              Attorney for Defendant
10                            ENRRIQUE BARRAGAN

11

12 Dated: October 31, 2007

13                            MCGREGOR W. SCOTT
                              United States Attorney
14
                              /s/ Matthew C. Bockmon for
15                            _____
                              KYLE REARDON
16                            Assistant U.S. Attorney
                              per telephonic authority

17

18

19                              **O R D E R**

20 IT IS SO ORDERED.

21 Dated: October 31, 2007

22                            _____
                              GARLAND E. BURRELL, JR.
23                            United States District Judge

24

25

26

27

28

Stip and Order                      -2-