```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  ENRRIQUE BARRAGAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-368 GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ENRRIQUE BARRAGAN, ) | Date:  January 25, 2008 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through Kyle Reardon, Assistant United States Attorney, and ENRRIQUE BARRAGAN, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for December 7, 2007, be vacated and rescheduled for status conference on January 25, 2008, at 9:00 a.m.

This continuance is being requested due to on-going defense investigation and preparation and for further plea negotiations.

IT IS FURTHER STIPULATED that the period from December 7, 2007, through and including January 25, 2008, be excluded in computing the

1  time within which trial must commence under the Speedy Trial Act,
2  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
3  continuity and preparation of counsel.

4                                         Respectfully submitted,
5  Dated: December 4, 2007
6                                         DANIEL J. BRODERICK
                                          Federal Defender
7
                                          /s/ Matthew C. Bockmon
8                                         _____
                                          MATTHEW C. BOCKMON
9                                         Assistant Federal Defender
                                          Attorney for Defendant
10                                        ENRRIQUE BARRAGAN

11

12 Dated: December 4, 2007

13                                        MCGREGOR W. SCOTT
                                          United States Attorney
14
                                          /s/ Matthew C. Bockmon for
15                                        _____
                                          KYLE REARDON
16                                        Assistant U.S. Attorney
                                          per telephonic authority
17

18

19                              **O R D E R**

20 IT IS SO ORDERED.

21 Dated:  December 4, 2007

22
                                          _____
23                                        GARLAND E. BURRELL, JR.
                                          United States District Judge
24

25

26

27

28