```
DANIEL J. BRODERICK, #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ENRRIQUE BARRAGAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-368 GEB |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ) | |
| ENRRIQUE BARRAGAN, ) | Date:  March 28, 2008 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through Kyle Reardon, Assistant United States Attorney, and ENRRIQUE BARRAGAN, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for February 29, 2008, be vacated and rescheduled for status conference on March 28, 2008, at 9:00 a.m.

This continuance is being requested due to on-going defense investigation and preparation and for further plea negotiations.

IT IS FURTHER STIPULATED that the period from February 29, 2008, through and including March 28, 2008, be excluded in computing the time

within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Respectfully submitted,

Dated: March 24, 2008

          DANIEL J. BRODERICK
          Federal Defender

          /s/ Matthew C. Bockmon
          _____
          MATTHEW C. BOCKMON
          Assistant Federal Defender
          Attorney for Defendant
          ENRRIQUE BARRAGAN

Dated: March 24, 2008

          MCGREGOR W. SCOTT
          United States Attorney

          /s/ Matthew C. Bockmon for
          _____
          KYLE REARDON
          Assistant U.S. Attorney
          per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  March 24, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip and Order                                    -2-