McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>ENRRIQUE BARRAGAN,<br><br>      Defendant. | CR. S-07-0368 GEB<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING STATUS<br>CONFERENCE<br><br>Time: 10:30 am<br>Date: Friday, March 14, 2008<br>Court: Hon. Garland E.<br>      Burrell, Jr. |

    The parties request that the status conference currently set for Friday, March 28, 2008, at 9:00 a.m., be continued to Friday, April 11, 2008, at 9:00 a.m., and stipulate that the time beginning Friday, March 28, 2008, and extending through April 11, 2008, should be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161.

    The parties are currently involved in pre-trial negotiations. Based upon the information uncovered during these negotiations, each side needs additional time for further investigation and preparation. The parties anticipate that the

1

1  matter can be resolved on April 11, 2008.
2       Accordingly, the parties believe that the continuance should
3  be excluded from the calculation of time under the Speedy Trial
4  Act.  The additional time is necessary to ensure effective
5  preparation, taking into account the exercise of due diligence.
6  18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.  The interests of
7  justice served by granting this continuance outweigh the best
8  interests of the public and the defendant in a speedy trial.  18
9  U.S.C. § 3161(h)(8)(A).

                                         Respectfully Submitted,

                                         McGREGOR W. SCOTT
                                         United States Attorney


 DATED: March 25, 2008         By:   */s/ Kyle Reardon*
                                     KYLE REARDON
                                     Assistant U.S. Attorney



 DATED: March 25, 2008         By:   */s/ Kyle Reardon* for
                                     MATTHEW BOCKMON
                                     Attorney for the Defendant

**<u>ORDER</u>**

The status conference in case number S-07-0368 GEB, currently set for Friday, March 28, 2008, at 9:00 a.m., is continued to Friday, April 11, 2008, at 9:00 a.m., and the time beginning March 28, 2008, and extending through April 11, 2008, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4. IT IS SO ORDERED.

Dated:  March 26, 2008

GARLAND E. BURRELL, JR.
United States District Judge