McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2782

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. S-07-0368 GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| ENRRIQUE BARRAGAN, | Date: Friday, April 11, 2008 |
| Defendant. | Time: 9:00 a.m. |
| | Court: Hon. Garland E. Burrell, Jr. |

The parties request that the status conference currently set for Friday, April 11, 2008, at 9:00 a.m., be continued to Friday, April 25, 2008, at 9:00 a.m., and stipulate that the time beginning Friday, April 11, 2008, and extending through April 25, 2008, should be excluded from the calculation of time under the Speedy Trial Act.  18 U.S.C. § 3161.

The parties are currently involved in pre-trial negotiations.  Based upon the information uncovered during these negotiations, each side needs additional time for further investigation and preparation.  The parties initially anticipated

1

1 that the matter could be resolved on April 11, 2008.  However,
2 additional time until April 25, 2008, is required to permit the
3 parties to fully investigate and prepare.
4     Accordingly, the parties believe that the continuance should
5 be excluded from the calculation of time under the Speedy Trial
6 Act.  The additional time is necessary to ensure effective
7 preparation, taking into account the exercise of due diligence.
8 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.  The interests of
9 justice served by granting this continuance outweigh the best
10 interests of the public and the defendant in a speedy trial.  18
11 U.S.C. § 3161(h)(8)(A).

```
                                    Respectfully Submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney


 DATED: April 10, 2008         By:   /s/ Kyle Reardon
                                    KYLE REARDON
                                    Assistant U.S. Attorney



 DATED: April 10, 2008         By:   /s/ Kyle Reardon for
                                    MATTHEW BOCKMON
                                    Attorney for the Defendant
```

**<u>ORDER</u>**

The status conference in case number S-07-0368 GEB, currently set for Friday, April 11, 2008, at 9:00 a.m., is continued to Friday, April 25, 2008, at 9:00 a.m., and the time beginning April 11, 2008, and extending through April 25, 2008, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4.
IT IS SO ORDERED.

Dated:  April 10, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

3