DANIEL J. BRODERICK, #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ENRRIQUE BARRAGAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-368 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ) | |
| ENRRIQUE BARRAGAN, ) | Date:  May 16, 2008 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ ) | |

     It is hereby stipulated and agreed to between the United States of America through Kyle Reardon, Assistant United States Attorney, and ENRRIQUE BARRAGAN, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for April 25, 2008, be vacated and rescheduled for status conference on May 16, 2008, at 9:00 a.m.

     This continuance is being requested due to on-going defense investigation and preparation and for further plea negotiations.

     IT IS FURTHER STIPULATED that the period from April 25, 2008, through and including May 16, 2008, be excluded in computing the time

1  within which trial must commence under the Speedy Trial Act, pursuant
2  to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and
3  preparation of counsel.

4                                    Respectfully submitted,

5  Dated: April 24, 2008

6                                    DANIEL J. BRODERICK
                                     Federal Defender
7
                                     /s/ Matthew C. Bockmon
8                                    _____
                                     MATTHEW C. BOCKMON
9                                    Assistant Federal Defender
                                     Attorney for Defendant
10                                   ENRRIQUE BARRAGAN

11

12 Dated: April 24, 2008

13                                   MCGREGOR W. SCOTT
                                     United States Attorney
14
                                     /s/ Matthew C. Bockmon for
15                                   _____
                                     KYLE REARDON
16                                   Assistant U.S. Attorney
                                     per telephonic authority
17

18

19                            **O R D E R**

20 IT IS SO ORDERED.

21 Dated:  April 25, 2008

22

23                                   _____
                                     GARLAND E. BURRELL, JR.
24                                   United States District Judge

Stip and Order                        -2-