1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700

5
   Attorney for Defendant
6  ENRRIQUE BARRAGAN

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12
   UNITED STATES OF AMERICA,    )  No. CR-S-07-368 GEB
13                              )
                Plaintiff,      )
14                              )  STIPULATION AND [PROPOSED] ORDER
      v.                        )  CONTINUING STATUS CONFERENCE
15                              )
   ENRRIQUE BARRAGAN,           )  Date:  June 13, 2008
16                              )  Time:  9:00 a.m.
                Defendant.      )  Judge: Hon. Garland E. Burrell,
17                              )         Jr.
   _____)
18

19     It is hereby stipulated and agreed to between the United States of

20  America through Kyle Reardon, Assistant United States Attorney, and

21  ENRRIQUE BARRAGAN, by and through his counsel, Matthew C. Bockmon,

22  Assistant Federal Defender, that the status conference presently

23  scheduled for May 16, 2008, be vacated and rescheduled for status

24  conference on June 13, 2008, at 9:00 a.m.

25     This continuance is being requested due to on-going defense

26  investigation and preparation and for further plea negotiations.

27     IT IS FURTHER STIPULATED that the period from May 16, 2008,

28  through and including June 13, 2008, be excluded in computing the time


within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Respectfully submitted,

Dated: May 15, 2008

        DANIEL J. BRODERICK
        Federal Defender

        /s/ Matthew C. Bockmon
        _____
        MATTHEW C. BOCKMON
        Assistant Federal Defender
        Attorney for Defendant
        ENRRIQUE BARRAGAN

Dated: May 15, 2008

        MCGREGOR W. SCOTT
        United States Attorney

        /s/ Matthew C. Bockmon for
        _____
        KYLE REARDON
        Assistant U.S. Attorney
        per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated:  May 15, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge