```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  ENRRIQUE BARRAGAN
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-368 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ) | |
| ENRRIQUE BARRAGAN, ) | Date:  June 20, 2008 |
| ) | Time:  9:00 a.m. |
| Defendant. ) | Judge: Hon. Garland E. Burrell, Jr. |
| _____ ) | |

   It is hereby stipulated and agreed to between the United States of America through Kyle Reardon, Assistant United States Attorney, and ENRRIQUE BARRAGAN, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for June 13, 2008, be vacated and rescheduled for status conference on June 20, 2008, at 9:00 a.m.

   This continuance is being requested for attorney and Spanish interpreter to review plea agreement with client.

   IT IS FURTHER STIPULATED that the period from June 13, 2008, through and including June 20, 2008, be excluded in computing the time

1  within which trial must commence under the Speedy Trial Act, pursuant
2  to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and
3  preparation of counsel.

4                                      Respectfully submitted,
5  Dated: June 12, 2008
6                                      DANIEL J. BRODERICK
                                        Federal Defender
7
                                        /s/ Matthew C. Bockmon
8                                       _____
                                        MATTHEW C. BOCKMON
9                                       Assistant Federal Defender
                                        Attorney for Defendant
10                                      ENRRIQUE BARRAGAN

11

12 Dated: June 12, 2008

13                                      MCGREGOR W. SCOTT
                                        United States Attorney
14
                                        /s/ Matthew C. Bockmon for
15                                      _____
                                        KYLE REARDON
16                                      Assistant U.S. Attorney
                                        per telephonic authority
17

18

19                              **O R D E R**

20 IT IS SO ORDERED.

21
   Dated:  June 12, 2008
22
23                                      _____
                                        GARLAND E. BURRELL, JR.
24                                      United States District Judge

25

26

27

28

Stip and Order                          -2-